*Case unsealed per Magistrate Judge
L. Patrick Auld on 8/10/2023 at 4:53 p.m.



IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:23CR136-1 |
| | : | |
| ERNEZ TOMAZ AUSTIN, also known | : | |
| as "Nez Sheisty" and "Oda Nez" | : | |

The Grand Jury charges:

COUNT ONE

On or about February 17, 2023, in the County of Scotland, in the Middle District of North Carolina, ERNEZ TOMAZ AUSTIN, also known as "Nez Sheisty" and "Oda Nez," by threat of force, intentionally intimidated and interfered with, and attempted to intimidate and interfere with, the employees and patients of the Planned Parenthood Chapel Hill Health Clinic ("PPCHHC"), a facility located in the Middle District of North Carolina, that provides reproductive health services, because the PPCHHC is and has been providing reproductive health services, and in order to intimidate the employees and patients of the PPCHHC from providing and obtaining reproductive health services; all in violation of Title 18, United States Code, Section 248(a)(1).

## COUNT TWO

On or about February 17, 2023, in the County of Scotland, in the Middle District of North Carolina, ERNEZ TOMAZ AUSTIN, also known as "Nez Sheisty" and "Oda Nez," did knowingly and willfully transmit in interstate and foreign commerce a communication, a telephone call, which contained threats to injure the person of another; all in violation of Title 18, United States Code, Section 875(c).

## COUNT THREE

On or about February 22, 2023, in the County of Scotland, in the Middle District of North Carolina, ERNEZ TOMAZ AUSTIN, also known as "Nez Sheisty" and "Oda Nez," by threat of force, intentionally intimidated and interfered with, and attempted to intimidate and interfere with, the employees and patients of the Planned Parenthood Chapel Hill Health Clinic ("PPCHHC"), a facility located in the Middle District of North Carolina, that provides reproductive health services, because the PPCHHC is and has been providing reproductive health services, and in order to intimidate the employees and patients of the PPCHHC from providing and obtaining reproductive health services; all in violation of Title 18, United States Code, Section 248(a)(1).

## COUNT FOUR

On or about February 22, 2023, in the County of Scotland, in the Middle District of North Carolina, ERNEZ TOMAZ AUSTIN, also known as "Nez Sheisty" and "Oda Nez," did knowingly and willfully transmit in interstate and foreign commerce a communication, a telephone call, which contained threats to injure the person of another; all in violation of Title 18, United States Code, Section 875(c).

DATED: June 26, 2023

SANDRA J. HAIRSTON
United States Attorney

BY: JOANNA G. MCFADDEN
Assistant United States Attorney

A TRUE BILL:

FOREPERSON